IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT, | ) ) ) | |
| Plaintiff, | ) ) | 8:14CV313 |
| v. | ) ) | |
| BNSF RAILWAY, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the joint motion of the parties to hold case in abeyance pending arbitration and statement in support thereof (Filing No. 15).  The Court finds it should be granted.  Accordingly,

IT IS ORDERED:

1) The joint motion is granted; this action is held in abeyance pending a decision by the NRAB on the petition for interpretation.

2) The parties shall file a status report with the Court within thirty (30) days after issuance of the NRAB's decision.

DATED this 27th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court