IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BROTHERHOOD OF MAINTENANCE OF  )
WAY EMPLOYEES DIVISION/IBT,    )
                               )
           Plaintiff,          )    8:14CV313
                               )
     v.                        )
                               )
BNSF RAILWAY, INC.,            )    ORDER AND JUDGMENT
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice and judgment (Filing No. 19).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The joint stipulation is approved and adopted.  This action is dismissed with prejudice and judgment is entered accordingly, each party to pay its own costs.

2) Any pending motions are denied as moot.

DATED this 9th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court